**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00387-CV

### IN THE INTEREST OF D.M., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00317**

## ORDER

This accelerated appeal from a default order terminating appellant Mother's parental rights to her two children and appointing the Texas Department of Family and Protective Services temporary managing conservator of the children was filed April 4, 2016. *See* TEX. R. APP. P. 28.4. The clerk's record has been filed; the reporter's record is overdue. *See id.* 35.1(b).

The clerk's record reflects Mother, proceeding pro se, filed a motion for new trial and an affidavit of indigence concurrently with the notice of appeal. The clerk's record further reflects Mother is indigent and entitled to proceed in the appeal without prepayment of costs. *See id.* 20.1.

Texas Family Code section 107.013 provides that, in a suit filed by a governmental entity in which termination of the parent-child relationship is requested, the trial court shall appoint an attorney ad litem to represent the interest of an indigent parent who opposes the termination. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (West Supp. 2015). If the indigent parent is not

represented by counsel at the parent's first appearance in court, the trial court shall inform the parent she is entitled to be represented by appointed counsel. *See id.* § 107.013(a-1).

The record before us does not reflect Mother has been informed of her right to appointed counsel. Accordingly, we **ORDER** the trial court to conduct a hearing, **within twenty (20) days of the date of this order**, to inform Mother of her right to counsel and to determine whether she wishes to be represented by counsel. The trial court shall make written findings as to Mother's wishes regarding counsel and, if Mother desires representation, the trial court shall appoint counsel to represent her. We **ORDER** the trial court to transmit to this Court, **within twenty-five (25) days of the date of this order**, the reporter's record from the hearing and a supplemental clerk's record containing the trial court's written findings of fact and any order appointing counsel.

We **ORDER** Marty Grant, Official Court Reporter of the 304th Judicial District Court, to file the overdue record of the termination proceedings no later than May 2, 2016. The record shall be filed without prepayment of the reporter's fees.

We **DIRECT** the Clerk of this Court to send a copy of this order to (1) the Honorable Andrea Martin, Presiding Judge of the 304th Judicial District Court; (2) Marty Grant; and (3) the parties.

We **DENY** as moot appellant's April 14, 2016 motion to extend time to file record.

We **ABATE** the appeal to allow the trial court to comply with this order. It shall be reinstated thirty (30) days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/ CRAIG STODDART
JUSTICE